JL

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jack Donald Antonio,<br><br>　　　　Petitioner,<br><br>v.<br><br>Ryan Thornell, et al.,<br><br>　　　　Respondents. | No.　CV-24-08140-PCT-JAT (MTM)<br><br>**ORDER** |

Petitioner Jack Donald Antonio, who is confined in the Arizona State Prison Complex-Yuma, has filed a pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his continued detention pursuant to his conviction in Navajo County Superior Court case #CR20080146. On February 25, 2024, Petitioner filed, through counsel, a § 2254 Petition in this Court, which also challenged Petitioner's continued detention pursuant to his conviction in CR20080146. *See Antonio v. Thornell*, CV-24-08037-PCT-JAT (MTM) (D. Ariz. 2024). That proceeding remains pending. Petitioner cannot maintain simultaneous § 2254 actions regarding the same conviction. The Court will therefore dismiss the Petition and this case.

**IT IS ORDERED:**

　　(1)　Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) and this action are **dismissed without prejudice**, and the Clerk of Court must **enter judgment** accordingly.

　　(2)　Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, in the event Petitioner files an appeal, the Court declines to issue a certificate of appealability

1  because reasonable jurists would not find the Court's procedural ruling debatable.  *See*
2  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).
3      Dated this 20th day of August, 2024.

James A. Teilborg
Senior United States District Judge